UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ANTONIO WHEELER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN BRAGER, STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00682-GMN-EJY<br><br>**REPORT AND RECOMMENDATION** |

　　　On May 29, 2024, the Court issued a Screening Order in which it dismissed Plaintiff's claims against Las Vegas Metropolitan Police Department, Susan Brager, Lawrence L. Brown, Chris Giunchigliani, Marilyn Kirkpatrick, Mary Beth Scow, and Steve Sisolak without prejudice, but with leave to amend. ECF No. 4. The Court further ordered Plaintiff to file an amended complaint no later than July 1, 2024. *Id*. at 6. The Court advised Plaintiff that his failure to timely comply with the Order could result in a recommendation to dismiss his case in its entirety. *Id*.

　　　Separately, the Court recommended claims against the State of Nevada be dismissed with prejudice. *Id*. No objection to the recommendation was filed by Plaintiff. The Court adopted the recommendation to dismiss the State of Nevada with prejudice on June 17, 2024. ECF No. 5.

　　　As of today's date, Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

　　　Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's Complaint be dismissed without prejudice and this matter be closed.

　　　Dated this 2nd day of July, 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

|  |  |
|---|---|
| 1 | **NOTICE** |

Pursuant to Local Rule IB 3-2 any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within (14) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985), *reh'g denied*, 474 U.S. 1111 (1986). The Ninth Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).