## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTONIO WHEELER,

    Plaintiff,

vs.

SUSAN BRAGER, *et al.*,

    Defendants.

Case No.: 2:24-cv-00682-GMN-EJY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

  Pending before the Court is the Order and Report and Recommendation ("R&R"), (ECF No. 6), from United States Magistrate Judge Elayna J. Youchah, which recommends dismissing the case without prejudice for Plaintiff's failure to file an amended complaint by July 1, 2024.

  A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

  Here, no objection was filed, and the deadline to do so has passed. (*See* R&R, ECF No. 6) (setting July 16, 2024, deadline for objections).  The *pro se* Plaintiff did, however, file a

Notice of Appeal as to the Court's previous Order adopting the Magistrate Judge's first R&R, (ECF No. 5).  The Ninth Circuit has since dismissed the Notice of Appeal because the appealed Order was not final or appealable. (USCA Order, ECF No. 11).  As of the date of writing this Order, Plaintiff has not filed an amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 6), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that the case is **DISMISSED** without prejudice.

Dated this   6   day of September, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court